UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. 2:14-cv-2663 JAM AC |
| Plaintiff, | |
| v. | ORDER |
| WILLIE HENRY WILLIAMS, et al., | |
| Defendants. | |

On April 24, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 16. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 24, 2015, are adopted in full; and

2. Defendant Williams' amended motion to set aside the court's order of default, ECF No. 9, is granted and his original motion to set aside the court's order of default, ECF No. 8, is denied as moot.

DATED: June 9, 2015

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

1