UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. 2:14-cv-2663 JAM AC |
| Plaintiff, | |
| v. | ORDER |
| WILLIE HENRY WILLIAMS, et al., | |
| Defendants. | |

   Plaintiff, proceeding with counsel, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

   On October 9, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 29. Neither party has filed objections to the findings and recommendations.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed October 9, 2015, are adopted in full;

   2. Defendant International Wealth Enterprises, Inc.'s motion to set aside the clerk's entry of default, ECF No. 24, is GRANTED; and

1

3. Plaintiff's motion for default judgment, ECF No. 17, is DENIED.

DATED: December 10, 2015

                              /s/ John A. Mendez_____

                              UNITED STATES DISTRICT COURT JUDGE